**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9
10   RODNEY LEE RAINES,                    No. C-10-04268 DMR
11            Plaintiff,                   **ORDER TO SHOW CAUSE**
12        v.
13   MICHAEL J. ASTRUE, COMMISSIONER OF
     SOCIAL SECURITY,
14
15            Defendant.
16   _____/
17           On July 25, 2011, Plaintiff Rodney Lee Raines filed a Motion for Summary Judgment and/or
18   Remand of the Commissioner's Final Decision. [Docket No. 17.]  Pursuant to the Procedural Order
19   for Social Security Review Actions [Docket No. 4], any opposition or counter-motion was due to be
20   filed within 30 days of service of Plaintiff's motion, but no such opposition or counter-motion has
21   been received.  Defendant Michael J. Astrue, Commissioner of Social Security, is hereby ordered to
22   respond **by September 19, 2011**, and show cause for his failure to respond to the motion or
23   alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-
24   3(b).  Defendant shall also explain why he should be given leave to oppose Plaintiff's motion or to
25   file a counter-motion for summary judgment given his failure to respond to Plaintiff's motion.  This
26   order to show cause does not constitute permission to file a late opposition or counter-motion.
27           IT IS SO ORDERED.
28

1  Dated:  September 9, 2011

2  _____

3  DONNA M. RYU
   United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California