UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LEE RAINES, | No. C-10-04268 DMR |
| Plaintiff, | **ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE OPPOSITION OR COUNTER-MOTION** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

The court has received Defendant Michael J. Astrue, Acting Commissioner of Social Security's response to the court's September 9, 2011 Order to Show Cause for his failure to respond to Plaintiff Rodney Lee Raines' Motion for Summary Judgment. The Order to Show Cause is discharged. Defendant shall have until September 23, 2011 to file his opposition or counter-motion. This order shall have no effect on Plaintiff's ability to argue that Defendant's failure to file a timely opposition or counter-motion caused him prejudice.

IT IS SO ORDERED.

Dated: September 20, 2011

DONNA M. RYU
United States Magistrate Judge